# KOZENY & MCCUBBIN, L.C. LLC
### ATTORNEYS AT LAW

Tel: 314-991-0255

12400 Olive Blvd
Suite 555
Saint Louis, Missouri 63141

Fax: 314-567-8019

July 10, 2019

VIA ELECTRONIC FILING

Honorable Robert E. Grossman
United States Bankruptcy Court
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**Re:** **Evin Rifkin**
**Creditor:** **Specialized Loan Servicing, LLC as servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC**
**Chapter:** **7**
**Case:** **8-18-77798-reg**

Dear Judge Grossman,

Our office represents Specialized Loan Servicing, LLC as servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, a secured creditor of the above referenced Debtor.

Pursuant to the Loss Mitigation Order on June 11, 2019, this letter serves to advise you that the contact person for the Creditor is:

Regina Parr
Specialized Loan Servicing LLC
PO Box 636007
Littleton, CO 80163
Phone: 720-348-8636 or 720-447-8719
Regina.Parr@sls.net

Additionally, enclosed please find the Creditor's request for information that was sent via regular mail on June 19, 2019.  Our client advises it will need the following documents:

- Form 1021 Hardship Affidavit
- One month most recent Pay Stubs
- Two months most recent Bank Statement
- Copy of most recent utility bill reflecting property
- A signed and dated 4506T and a copy of the most recent federal income tax return
- A contact name and number for a possible appraisal

---

MISSOURI    KANSAS    NEBRASKA    OKLAHOMA    NEW YORK

- Signed attorney consent form

Please contact the undersigned at nybk@km-law.com should this court have any questions.

Very truly yours,
Kozeny & McCubbin, L.C. LLC

 /s/ Wesley T. Kozeny
Wesley T. Kozeny, Esq.